UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER SALES & MARKETING, INC.,

    Plaintiff,

v.

PEIKER ACUSTIC, INC.,

    Defendant.
                                  /

No. 09-10610

District Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

## ORDER

For the reasons and under the terms stated on the record on February 16, 2010, Plaintiff's Motion to Compel Discovery [Docket #21] is GRANTED.[1]

Defendant will respond to Plaintiff's discovery requests within 30 days of the date of this Order. As to any material in which privilege is claimed, Defendant shall produce a privilege log.

IT IS SO ORDERED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: February 16, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 16, 2010.

                                            S/Gina Wilson
                                            Judicial Assistant

---

[1] As stated on the record, Defendant is not required to produce documentation as to sales by Peiker Acustic GmbH & Co. KG, Defendant's German parent company.