UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER SALES & MARKETING, INC.,

      Plaintiff,

v.

PEIKER ACUSTIC, INC.,

      Defendant.
                                            /

No. 09-10610

District Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

**REPORT AND RECOMMENDATION**

Before the Court is Defendant's Motion to Compel Arbitration [Docket #24], which, being a dispositive motion, has been referred for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(A). I recommend that the Motion be DENIED.

On June 8, 2009, the parties entered into an agreement that arbitration would occur after the conclusion of discovery and dispositive motions. The written agreement provided, in pertinent part:

> "This is to confirm that we have agreed to arbitrate this matter after the conclusion of discovery and dispositive motions, if desired by either party.
>
>     *                                    *                                    *
>
> The intent is to allow the case to proceed through discovery with the Court's normal scheduling order and then after discovery is completed including any dispositive motions, we will proceed to arbitration."

The present motion to compel arbitration was premised on the theory that

discovery was closed and the time for filing dispositive motions had passed. However, on February 16, 2010, the Court entered orders granting Plaintiff's motion to compel discovery, and extending the scheduling order. Discovery now closes on May 17, 2010, with dispositive motions due 30 days later.

Thus, the triggering event for arbitration–the close of discovery and dispositive motions–has not occurred, and Defendant's motion is premature.

I therefore recommend that the Motion to Compel Arbitration [Docket #24] be DENIED.

Any objections to this Report and Recommendation must be filed within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985); *Howard v. Secretary of HHS,* 932 F.2d 505 (6th Cir. 1991); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). Filing of objections which raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Sullivan,* 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Within fourteen (14) days of service of any objecting party's timely filed objections, the opposing party may file a response. The response shall be not more than

twenty (20) pages in length unless by motion and order such page limit is extended by the court. The response shall address specifically, and in the same order raised, each issue contained within the objections.

S/R. Steven Whalen  
R. STEVEN WHALEN  
UNITED STATES MAGISTRATE JUDGE

Dated: February 16, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 16, 2010.

S/Gina Wilson  
Judicial Assistant