UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PREMIER SALES & MARKETING, INC.,

    Plaintiff,

v.

PEIKER ACUSTIC, INC.,

    Defendant.
_____/

No. 09-10610

District Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

## AMENDED ORDER

For the reasons and under the terms stated on the record on February 16, 2010, Plaintiff's Motion to Compel Discovery [Docket #21] is GRANTED.[1]

Defendant will produce the documents requested in Plaintiff's discovery requests within 30 days of the date of this Order. As to any material in which privilege is claimed, Defendant shall produce a privilege log.

IT IS SO ORDERED.

    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: February 16, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 16, 2010.

    S/Gina Wilson
    Judicial Assistant

---

[1] As stated on the record, Defendant is not required to produce documentation as to sales by Peiker Acustic GmbH & Co. KG, Defendant's German parent company.

-1-