**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PREMIER SALES & MARKETING, INC.,

        Plaintiff,

Case No. 09-CV-10610

PAUL D. BORMAN
-vs-                                     UNITED STATES DISTRICT JUDGE

PEIKER ACUSTIC, INC.,                R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

        Defendant.
_____/

ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(DKT. NO. 45); and
(2) DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION AT THIS STAGE OF
THE PROCEEDINGS (DKT. NO. 24)

Before the Court is the Magistrate Judge's February 16, 2010 Report and Recommendation (Dkt. No. 45) denying Defendant's Motion to Compel Arbitration (Dkt. No. 24). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 45); and

(3)     **DENIES** Defendant's Motion to Compel Arbitration at this stage of the proceedings. (Dkt. No. 24).

**SO ORDERED.**


                                                 S/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 24, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 24, 2010.

                                        S/Denise Goodine
                                        Case Manager